## THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

### Case No: 04-3192

### LOUIS J. GIGLIOTTI,

Appellant

v.

### P.W. CAMPBELL CONTRACTING CO.

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court No.: 02-CV-1713
District Judge: The Honorable Terrence F. McVerry

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 1, 2005

Before: NYGAARD*, SMITH, and FISHER, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the record from the United States District Court

for the Western District of Pennsylvania and was submitted on July 1, 2005.  On

_____

*Honorable Richard L. Nygaard assumed senior status on July 9, 2005.

No. 04-3192

Page 2

consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the

District Court entered on July 7, 2004, be and the same hereby is AFFIRMED.  All of the

above in accordance with the opinion of this Court.

Costs taxed against the Appellant.

ATTEST:

_____
Acting Clerk

Dated: July 15, 2005

Certified as a true copy and issued in lieu
of a formal mandate on

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit